UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GENE POLK,

    Petitioner,

v.

    Case No. 2:17-cv-34

    HONORABLE PAUL L. MALONEY

CATHERINE BAUMAN,

    Respondent,
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: May 11, 2017
    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge